UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **July 17, 2025** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☒ In Person  ☐ Video Conference  ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **23-CV-8827 (SJB)(LGD)** |
| **NAME OF CASE(S):** | Forbes v. Target et al |
| **FOR PLAINTIFF(S):** | Justin M. Roper |
| **FOR DEFENDANT(S):** | Michael C. Lamendola |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:00-11:32 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The Motions to Extend the Deadline to Complete Expert Discovery and to Designate Drs. Ross and Jacobs as Experts (DE 27) is DENIED.  The Court *sua sponte* extends the fact discovery deadline to **9/19/2025** for the limited purpose of facilitating the depositions of fact witnesses Drs. Jacobs and Ross.  If Drs. Jacobs and Ross fail to appear for their depositions, Defendants may seek to preclude their testimony with District Judge Sanket J. Bulsara at the appropriate time.  The deadline to commence dispositive motion practice consistent with Judge Bulsara's Individual Practice Rules is extended to **11/72025**.  No further extensions shall be granted absent a showing of good cause.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge
